```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/12/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHEN,** | |
| Plaintiff, | 23-cv-05220 (ALC) |
| -against- | |
| **CIOPPA,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are hereby **ORDERED** to submit a joint status report on or by **October 20, 2023** advising the Court of the current status of this matter.

**SO ORDERED.**

Dated:   October 12, 2023
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge