USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEN,

          **Plaintiff,**

    -against-

CIOPPA,

          **Defendant.**

**23-cv-05220 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the government's pre-motion conference letter concerning their anticipated motion to dismiss, or in the alternative, for a stay of the proceedings until November 27, 2023.  ECF No. 11. The request for a pre-motion conference is hereby **GRANTED**.  The Court will hold a telephonic pre-motion conference on **January 17, 2024 at 3:30 PM Eastern Time**.  All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    **January 10, 2024**
            **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**