USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____ 1/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEN,<br><br>          Plaintiff,<br><br>     -against-<br><br>CIOPPA,<br><br>          Defendant. | 23-cv-05220 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the government's pre-motion conference letter concerning their anticipated motion to dismiss, or in the alternative, for a stay of the proceedings until November 27, 2023. ECF No. 11. The request for a pre-motion conference is hereby **GRANTED**. The Court will hold a telephonic pre-motion conference on **January 19, 2024 at 12:30 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**Dated:   January 16, 2024**
**SO ORDERED.**
          **New York, New York**

                                        _____
                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**