USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/18/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEN,<br><br>     Plaintiff,<br><br> -against-<br><br>CIOPPA,<br><br>     Defendant. | 23-cv-05220 (ALC)<br><br>**AMENDED ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Court is in receipt of the Defendant's letter at ECF No. 15.  The Court will no longer hold a pre-motion conference for this matter because the Parties have moved to dismiss this action.  *See* ECF No. 12.  The Clerk of the Court is respectfully directed to cancel all set conference dates.

**SO ORDERED.**

Dated: January 18, 2024
    New York, New York

                     _____
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**